## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:03CV493** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MONEY MAKERS AUTOMOTIVE** | ) | |
| **SURPLUS, INC.; MIDWEST MOTOR,** | ) | |
| **PARTS, CO.; and SAF AUTO PARTS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notification to the court that the parties have selected William G. Dittrick as a mediator in this matter and have scheduled a mediation session for July 29, 2005,

**IT IS ORDERED:**

The parties shall file a report of the results of their mediation **on or before August 5, 2005**.

DATED this 20th day of June, 2005.

BY THE COURT:


 s/ Thomas D. Thalken
United States Magistrate Judge